AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Deniel Campbell  
*also known as*  
*Deneil Tenashel Campbell*  )  
*Petitioner*  )  
v.  )   Civil Action No.   0:23-cv-01592-JD  
Warden Janson  )  
*Respondent*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Deniel Campbell *also known as Deneil Tenashel Campbell*, shall take nothing of the respondent, Warden Janson, and this action is dismissed with prejudice for lack of prosecution. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Joseph Dawson, III, US District Judge, presiding. The Court having adopted the Report and Recommendation of US Magistrate Judge Paige J. Gossett, which recommended dismissal.

Date:   September 28, 2023           *ROBIN L. BLUME, CLERK OF COURT*

                                           s/ A. Snipes
                                    _____
                                    *Signature of Clerk or Deputy Clerk*